IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATTENDING PHYSICIAN STATEMENTS, INC. : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> NUMODA CORPORATION AND : <br> MARY SCHAHEEN AND ANN BORIS AND : <br> JOHN A. BORIS AND JOHN HOURIET, JR. AND : <br> JOHN A. DILL AND JIM MALLON : <br> Defendants. : | CIVIL ACTION NO. <br> 02-CV-2815 |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance as co-counsel for the defendants, Numoda Corporation, Mary Schaheen, Ann Boris, John A. Boris, John Houriet, Jr., John A. Dill and Jim Mallon, in the above captioned matter.

                                      DUFFY & KEENAN

                                BY: _____
                                    PATRICK J. KEENAN, ESQUIRE
                                    Co-Counsel for Defendants
                                    The Curtis Center, Suite 1150
                                    Independence Square West
                                    Philadelphia, Pa 19106
                                    215.238.8700

DATE:_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATTENDING PHYSICIAN STATEMENTS, INC.<br>　　　　Plaintiff,<br><br>vs.<br><br>NUMODA CORPORATION AND<br>MARY SCHAHEEN AND ANN BORIS AND<br>JOHN A. BORIS AND JOHN HOURIET, JR. AND<br>JOHN A. DILL AND JIM MALLON<br>　　　　Defendants. | CIVIL ACTION NO.<br>02-CV-2815 |

**CERTIFICATE OF SERVICE**

I, Patrick J. Keenan, Esquire hereby certify that on November 21, 2002, I served a copy of a **Notice of Appearance** by U.S. mail, to the following counsel:

John A. Gallagher, Esquire
High, Swartz, Roberts & Seidel
40 East Airy Street
Norristown, PA 19404

Simon J. Rosen, Esquire
Law Offices of Simon Jeffrey Rosen
1515 Market Street
Suite 1810
Philadelphia, Pa 19102

DUFFY & KEENAN

BY: _____
PATRICK J. KEENAN, ESQUIRE
Co-Counsel for Defendants
The Curtis Center, Suite 1150
Independence Square West
Philadelphia, Pa 19106
215.238.8700