IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATTENDING PHYSICIAN STATEMENTS INC. | : : : | CIVIL ACTION |
| v. | : : | |
| NUMODA CORPORATION, et al. | : | NO.   02-2815 |

# **O R D E R**

AND NOW, this 3rd day of January, 2003, the above-captioned matter having been referred to me, by the Honorable Louis H. Pollak, for pretrial management purposes, it is hereby **ORDERED** that:

I will hold an **in-person status conference** on **February 12, 2003 at 3:00 p.m.** in Courtroom 3-H, 3rd Floor, U.S. Courthouse, 601 Market St., Philadelphia, PA 19106.  Counsel for each party is expected to be present and prepared to discuss the status of this matter, as well as the scheduling of all remaining pretrial deadlines.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-2815**
**TODAY'S DATE**: January 3, 2003               **LAW CLERK'S INITIALS**: JJK


| **NAME** | **FAX NUMBER** (Area Code & Number) |

1. James Shrimp, Esq./
   John A. Gallagher, Esq.                610-275-5290
2. Patrick J. Keenan, Esq.                215-238-8710
3. Simon J. Rosen, Esq.                   215-568-7123