IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATTENDING PHYSICIAN STATEMENTS INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NUMODA CORPORATION, et al. | : | NO.   02-2815 |

## **O R D E R**

       AND NOW, this 13th day of February, 2003, after holding a status conference in the above-captioned matter, it is hereby **ORDERED** that:

       1. The parties are to complete fact-based discovery by June 16, 2003.

       2. I will hold a telephone conference on June 17, 2003 at 3:30 p.m. The purpose of this conference will be to discuss the status of this matter, and the scheduling of expert discovery and/or a settlement conference. Counsel for Plaintiff is to initiate the June 17, 2003 telephone conference call.

       3. During the course of discovery, the parties are expected to work together to move this case forward. In the event that counsel cannot, in good faith, resolve a discovery dispute without court intervention, they are directed to contact chambers through a telephone call or informal letter (faxed to chambers) to request the scheduling of a conference. A telephone or in-person conference to discuss and resolve the dispute will be scheduled in a prompt fashion. The filing of formal discovery motions is discouraged.

       4. Prior to the June 17, 2003 conference call, I will be available to hold a settlement conference, at counsel's request.

       BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-2815**
**TODAY'S DATE**: February 13, 2003          **LAW CLERK'S INITIALS**: JJK


**NAME**                                    **FAX NUMBER** (Area Code & Number)

1.   James Shrimp, Esq./
     John A. Gallagher, Esq.                610-275-5290
2.   Patrick J. Keenan, Esq.                215-238-8710
3.   Simon J. Rosen, Esq.                   215-568-7123