IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATTENDING PHYSICIAN STATEMENTS INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NUMODA CORPORATION, et al. | : | NO.   02-2815 |

**O R D E R**

AND NOW, this 9th day of June, 2003, after holding a discovery telephone conference in the above-captioned matter, it is hereby **ORDERED** that:

1. The deadline for completion of fact-based discovery, June 16, 2003, remains unchanged.

2. By the close of business on June 10, 2003, Defendant will produce, subject to the protection of a confidentiality agreement executed by the parties, a copy of its 2000 tax returns, and its financial statements for 2000 and 2001.

3. The depositions of the six individually named Defendants shall be noticed and completed on June 12 and 13, 2003.[1] The deposition of the corporate designee of Numoda will be conducted first. All depositions are to be conducted at the office of Counsel for Plaintiff.

4. I will hold a telephone conference on June 17, 2003 at 3:30 p.m. The purpose of this conference will be to discuss the status of this matter, and the scheduling of expert discovery and/or a settlement conference. Counsel for Plaintiff is to initiate the June 17, 2003 telephone conference call.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

---

[1] If Numoda CEO Mary Schaheen is not available on either June 12 or 13, 2003, her deposition may be separately scheduled and must be completed by the close of discovery on June 16, 2003.

# ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-2815**

**TODAY'S DATE**: June 9, 2003                **LAW CLERK'S INITIALS**: JJK

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1. Patrick J. Keenan, Esq. | 215-238-8710 |
| 2. Simon J. Rosen, Esq. | 215-561-0012 |
| 3. James Shrimp, Esq.<br>John A. Gallagher, Esq. | 610-275-5290 |