IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATTENDING PHYSICIAN STATEMENTS INC. | : | CIVIL ACTION |
| v. | : | |
| NUMODA CORPORATION, et al. | : | NO.   02-2815 |

**O R D E R**

AND NOW, this 25th day of June, 2003, upon consideration of the June 20, 2003 letter, addressed to me, from Counsel for Plaintiff, in which the parties request a period of time in which to conduct settlement negotiations, it is hereby **ORDERED** that:

1. The request for time to explore settlement is **granted.**

2. All further proceedings in this matter are stayed for 30 days to permit the parties to conduct settlement negotiations.

3. I will hold a telephone conference on July 31, 2003 at 3:30 p.m. The purpose of this call will be to discuss the status of this matter, and the scheduling, if necessary, of all remaining pretrial deadlines. Counsel for Plaintiff is to initiate the July 31, 2003 telephone conference call.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

**ORDER FAX FORM**

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-2815**

**TODAY'S DATE**: June 25, 2003                **LAW CLERK'S INITIALS**: JJK

| | **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|---|
| 1. | Patrick J. Keenan, Esq. | 215-238-8710 |
| 2. | Simon J. Rosen, Esq. | 215-561-0012 |
| 3. | James Shrimp, Esq.<br>John A. Gallagher, Esq. | 610-275-5290 |