IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATTENDING PHYSICIAN STATEMENTS INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NUMODA CORPORATION, et al. | : | NO.   02-2815 |

**O R D E R**

AND NOW, this 30th day of June, 2003, upon consideration of the June 26, 2003 letter, addressed to me, from Counsel for Plaintiff, in which counsel requests a change in the telephone status conference date, it is hereby **ORDERED** that:

1. Counsel's request is **granted.**

2. The **telephone status conference**, originally scheduled for July 31, 2003 at 3:30 p.m. is **rescheduled** to **August 14, 2003 at 3:30 p.m.**  The purpose of this call will be to discuss the status of this matter, and the scheduling, if necessary, of all remaining pretrial deadlines.  Counsel for Plaintiff is to initiate the August 14, 2003 telephone conference call.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-2815**

**TODAY'S DATE**: June 30, 2003                **LAW CLERK'S INITIALS**: JJK

| **NAME** | **FAX NUMBER** (Area Code & Number) |

1.  Patrick J. Keenan, Esq.                    215-238-8710

2.  Simon J. Rosen, Esq.                       215-561-0012

3.  James Shrimp, Esq.                         610-275-5290
    John A. Gallagher, Esq.